MATTHEW RING, Respondent, *v.* MARY J. RING, Appellant.

COMMONWEALTH BOND CORPORATION, Respondent, *v.* MATTHEW RING, Respondent, and MARY J. RING, Appellant.

(Submitted September 29, 1930; decided October 7, 1930.)

*H. B. Butterfield* for motion.

No one opposed.

Motion denied, without costs.